# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISSAC GAINES,<br>　　　Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>　　　Defendant(s). | Case No.: 2:18-cv-01750-GMN-NJK<br><br>**Order** |

On June 17, 2020, the Court set this matter for a settlement conference to commence on July 29, 2020. Docket No. 23. The Court ordered the parties to submit settlement statements by July 15, 2020. *Id.* at 4. To date, Plaintiff has not submitted his settlement statement. Plaintiff is hereby **ORDERED** to email his settlement statement to njk_chambers@nvd.uscourts.gov by noon on July 27, 2020. Failure to comply with this order may result in the vacation of the settlement conference and/or the imposition of sanctions.

　　　IT IS SO ORDERED.

　　　Dated: July 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1