# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ISSAC GAINES,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No.: 2:18-cv-01750-GMN-NJK

**Order**

The settlement conference scheduled for tomorrow, July 29, 2020, is hereby **VACATED**. A separate order to show cause will issue.

IT IS SO ORDERED.

Dated: July 28, 2020

                                                Nancy J. Koppe
United States Magistrate Judge